IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01458-MSK-KLM

ELIZABETH VOLL,

    Plaintiff,

v.

LONG BUILDING TECHNOLOGIES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss** [#6] (the "Motion"). On September 15, 2015, Defendant filed the Motion [#6], in which Defendant argued in part for dismissal based on Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process. At the request of Plaintiff, who proceeds in this matter as a pro se litigant, the Court granted an extension of time in which she could attempt proper service on Defendant. *Minute Order* [#13]. After service on Defendant, Defendant filed a Renewed Motion to Dismiss [#15], arguing grounds other than insufficient service of process for dismissal of this lawsuit. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#6] is **DENIED as moot**. A Recommendation will issue on the Renewed Motion to Dismiss [#15] in due course after briefing has been completed.

    Dated: December 9, 2015