IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01458-KLM

ELIZABETH VOLL,

    Plaintiff,

v.

LONG BUILDING TECHNOLOGIES, INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Protective Order [#37]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#37-1, #37-2] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: May 3, 2016